AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>MICHAEL A. JARBECK<br><br>*Defendant(s)* | )<br>)<br>)   Case No.   1:21-MJ-30<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **February 15, 2018** in the county of **Fairfax** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 1343 | Wire Fraud |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

_____
Complainant's signature

Christopher Sims, Special Agent CGIS
*Printed name and title*

SAUSA Sarah Roessler/AUSA Marc Birnbaum

Subscribed and sworn to in accordance with Fed.
R. Crim. P. 4. 1 by telephone.

Date: _____

Digitally signed by
Michael S. Nachmanoff
Date: 2021.02.02 13:03:14
-05'00'

_____
Judge's signature

City and state: **Alexandria, VA**     Hon. Michael S. Nachmanoff, U.S. Magistrate Judge
*Printed name and title*